# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ARMEN MELIK-MUSHGAMBARYAN, individually, and on behalf of all other similarly situated employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV14-00975-CAS (JCGx)<br><br>**[CLASS ACTION]**<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL** |

1  **THE COURT HEREBY ORDERS AS FOLLOWS:**
2   Plaintiff's individual claims shall be dismissed in their entirety with
3  prejudice.  The putative class claims and representative claims shall be
4  dismissed in their entirety without prejudice, and as subject to the parties'
5  settlement agreement.
6
7  **Dated**: July 14, 2014      _____
8              CHRISTINA A. SNYDER
            U. S. DISTRICT COURT

- 1 -   Case No. CV14-00975-CAS (JCGx)
      [PROPOSED] ORDER GRANTING
       REQUEST FOR DISMISSAL